| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Kay, Alan C | 2. Court or Organization U.S. District Court, Hawaii | 3. Date of Report 4-8/2008 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Sr. | **5a. Report Type** (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final **5b.** ☐ Amended Report | **6. Reporting Period** 01/01/2007 to 12/31/2007 |
| **7. Chambers or Office Address** 300 Ala Moana Blvd., C-415 Honolulu, HI 96850 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.** Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | American Inns of Court -- Hawaii |
| 2. | Manager, CEO | Alapaka LLC |
| 3. | Elder | Church |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/90 | IRA with Pacific Century Trust (fka Hawaiian Trust Co., Ltd.) |
| 2. | 12/06 | GSP Investments I LLC member |
| 3. | | |

RECEIVED 2008 APR 14 A 11: 23 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 4.8/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 4 8/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 4/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Real Property 1,Molokai, HI ■■■ | A | Rent | ■■■ | S | | | | | Tenant: Milton Juario |
| 2. | Real Property 2, Molokai, HI ($99,900) | B | Rent | L | S | | | | | |
| 3. | Bank of Hawaii Corp. (fka Pacific Century) Trust (IRA)1 | ■■■ | Int./Div. | ■■■ | T | | | | | |
| 4. | -Pacific Capital Funds | | | | | | | | | |
| 5. | -Frank Russell Funds | | | | | | | | | |
| 6. | Bank of Hawaii Corp. (fka Pacific Century) Trust (IRA)3 | A | Interest | J | T | | | | | |
| 7. | -Pacific Century money market | | | | | | | | | |
| 8. | Trust with Bank of Hawaii Corp. (fka Pacific Century) Trust4 | A | Interest | J | T | | | | | |
| 9. | -Pacific Capital Funds | | | | | | | | | |
| 10. | Trust | A | Dividend | M | T | | | | | |
| 11. | -Charles Schwab money market, 1000, & Int'l Index Funds | | | | | | | | | |
| 12. | ATT common stock | A | Dividend | J | T | | | | | |
| 13. | Bank of Hawaii Corp. (fka Pacific Century) common stock | ■■■ | Dividend | ■■■ | T | contri/gifts | 2007 | ■■■ | | Donees:sev. char. & ■■■ |
| 14. | Exxon common stock | ■■■ | Dividend | ■■■ | T | | | | | |
| 15. | General Electric common stock | D | Dividend | ■■■ | T | | | | | |
| 16. | General Motors Corp. common stock | A | Dividend | J | T | | | | | |
| 17. | Verizon (formerly GTE Corp.) common stock | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A -$1,000 or less
B -$1,001 - $2,500
C -$2,501 - $5,000
D -$5,001 - $15,000
E -$15,001 - $50,000
F -$50,001 - $100,000
G -$100,001 - $1,000,000
H1 -$1,000,001 - $5,000,000
H2 -More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J -$15,000 or less
K -$15,001 - $50,000
L -$50,001 - $100,000
M -$100,001 - $250,000
N -$250,001 - $500,000
O -$500,001 - $1,000,000
P1 -$1,000,001 - $5,000,000
P2 -$5,000,001 - $25,000,000
P3 -$25,000,001 - $50,000,000
P4 -More than $50,000,000

3. Value Method Codes: (See Column C2)
Q -Appraisal
R -Cost (Real Estate Only)
S -Assessment
T -Cash Market
U -Book Value
V -Other
W -Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 4/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM common stock | A | Dividend | J | T | | | | | |
| 19. Starwood Hotels & Resorts common stock | A | Dividend | K | T | | | | | |
| 20. Conoco-Phillips common stock | A | Int./Div. | K | T | | | | | |
| 21. Hawn. Electric Industries common stock | A | Dividend | J | T | | | | | |
| 22. Rayonier common stock | A | Dividend | J | T | | | | | |
| 23. Lucent Technologies common stock | A | Dividend | J | T | | | | | |
| 24. SBC Communications common stock | A | Dividend | J | T | | | | | |
| 25. ITT Industries common stock | A | Dividend | L | T | | | | | |
| 26. ITT Hartford Financial Services Group common stock | B | Dividend | L | T | | | | | |
| 27. Newmont Mining comon stock | A | Dividend | J | T | | | | | |
| 28. Catellus Development Corp. common stock | A | Dividend | J | T | | | | | |
| 29. Bell South common stock | A | Dividend | J | T | | | | | |
| 30. Williams Company common stock | A | Dividend | J | T | | | | | |
| 31. Delphi Corp. common stock | A | Dividend | J | T | | | | | |
| 32. Comcast common stock | A | Dividend | J | T | | | | | |
| 33. Manulife Financial Corp. common stock | A | Dividend | J | T | | | | | |
| 34. John Hancock ordinary life insurance | A | Dividend | J | U | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 4/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Dept. Veterans Affairs life insurance | A | Dividend | J | U | | | | | |
| 36. New York Life - life paid up at 85 | A | Dividend | J | U | | | | | |
| 37. Real property Kapolei, Oahu, HI ▮ | ▮ | Rent | ▮ | R | | | | | |
| 38. Charles Schwab muni money fund and Bank of Hawaii stock | ▮ | Interest/Div | ▮ | T | | | | | |
| 39. GSP Investments I LLC | A | None | ▮ | T | | | | | |
| 40. | | | | | sell BOH shs | 4/07 | ▮ | ▮ | mkt |
| 41. | | | | | | 8/07 | ▮ | ▮ | mkt |
| 42. Goldman Sachs Muni Fund | E | Interest | ▮ | T | buy | 2/07 | ▮ | | mkt |
| 43. Vanguard Total Mkt. VTI | B | Dividend | ▮ | T | buy | 11/07 | ▮ | | mkt |
| 44. Duke Energy com stk(acq West Coast Energy, Inc.) | A | Dividend | J | J | | | | | |
| 45. Alapaka LLC, gen part of fam ltd part 1% int and | ▮ | Int./Div. | ▮ | T | | 2007 | J | | charitable contri |
| 46. -Bank of Hawaii common stock | | | | | BOH shs sale | 4/07 | ▮ | ▮ | mkt |
| 47. Schwab Funds | E | Int./Div. | | | | | | | |
| 48. I Shares | B | Dividend | K | T | buy | 5/07 | ▮ | | mkt |
| 49. | | | | | | 8/07 | ▮ | | mkt |
| 50. | | | | | | 10/07 | ▮ | | mkt |
| 51. Vanguard Total Mkt. VTI | A | Dividend | K | | buy | 11/07 | ▮ | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 4/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CDs of following banks: Capital One, Capmark, Indymac, | D | Interest | ▮ | T | buy/matured | 2007 | ▮ | | mkt |
| 53. - Morgan Stanley, NY -Community. -Totalbank, | | | | | | | | | |
| 54. -US Trust Co. | | | | | | | | | |

1. Income Gain Codes. (See Columns B1 and D4)   A - $1,000 or less   B - $1,001 - $2,500   C - $2,501 - $5,000   D - $5,001 - $15,000   E - $15,001 - $50,000
  F - $50,001 - $100,000   G - $100,001 - $1,000,000   H1 - $1,000,001 - $5,000,000   H2 - More than $5,000,000

2. Value Codes. (See Columns C1 and D3)   J - $15,000 or less   K - $15,001 - $50,000   L - $50,001 - $100,000   M - $100,001 - $250,000
  N - $250,001 - $500,000   O - $500,001 - $1,000,000   P1 - $1,000,001 - $5,000,000   P2 - $5,000,001 - $25,000,000
  P3 - $25,000,001 - $50,000,000   P4 - More than $50,000,000

3. Value Method Codes (See Column C2)   Q - Appraisal   R - Cost (Real Estate Only)   S - Assessment   T - Cash Market
  U - Book Value   V - Other   W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 4/8/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 4/8/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544